FIRST DISTRICT COURT OF APPEAL
STATE OF FLORIDA

_____

No. 1D2023-2410
_____

ROBERT SMITH,

    Petitioner,

    v.

GOV. RON D. DESANTIS, et al.,

    Respondents.

_____


Petition for Belated Appeal—Original Jurisdiction.


July 31, 2024


PER CURIAM.

Because Petitioner seeks a belated appeal of a circuit court order entered in a civil matter, the Court dismisses the petition for lack of jurisdiction. *See* Fla. R. App. P. 9.141 (authorizing a petition for belated appeal only for "review proceedings in collateral or postconviction criminal cases"); *Perez v. Jones*, 174 So. 3d 1088 (Fla. 1st DCA 2015) (explaining that this Court lacks the authority to grant a belated appeal in a civil proceeding).

ROWE, NORDBY, and LONG, JJ., concur.

———————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

———————————————

Robert Smith, pro se, Petitioner.

Ashley Moody, Attorney General, Tallahassee, for Respondents.